[Crim. No. 2815. In Bank.—May 7, 1926.]

THE PEOPLE, Respondent, v. JACOB FUHR, Appellant.

[1] CRIMINAL LAW—MURDER—ESCAPE AFTER CONVICTION—MOTION TO DISMISS APPEAL.—Upon this motion to dismiss the appeal of a defendant who was convicted of murder in the first degree and sentenced to be hanged, and who subsequently escaped from the custody of the sheriff, the appeal will stand dismissed, unless the defendant, within a specified time, return to the custody of said sheriff.

(1) 17 C. J., p. 195, n. 12, p. 196, n. 19.

MOTION to dismiss appeal from a judgment of the Superior Court of Alameda County. Fred V. Wood, Judge. Motion granted.

The facts are stated in the opinion of the court.

Littleton & Hunt and Myron Harris for Appellant.

U. S. Webb, Attorney-General, and Wm. F. Cleary, Deputy Attorney-General, for Respondent.

THE COURT.—The defendant, Jacob Fuhr, was convicted in the superior court of Alameda County of the crime of murder in the first degree and judgment was pronounced and entered against him sentencing him to be hanged. An appeal from the judgment to this court has been submitted and is pending decision herein.

It appears from the affidavit of Frank Barnet, sheriff of the county of Alameda, that the defendant Fuhr, on or about the twenty-third day of January, 1926, escaped from the county jail in the county of Alameda, wherein he was confined. He has not since been apprehended and is now a fugitive from justice. Supported by the affidavit of the sheriff, in whose custody the defendant was held, relating these facts, the attorney-general, by motion, asks this court to dismiss the appeal upon the ground that the defendant, Fuhr, has escaped from custody and is now at large.

1. See 8 Cal. Jur. 554; 2 R. C. L. 63.

[1] Upon the authority of *People* v. *Redinger*, 55 Cal. 290 [36 Am. Rep. 32], and *People* v. *Elkins*, 122 Cal. 654 [55 Pac. 599], and *People* v. *Clark, ante,* p. 453 [245 Pac. 1112], it is ordered that the appeal of said Jacob Fuhr in this case be and the same stand dismissed, unless the defendant, within thirty days from this date, return to the custody of the sheriff of the county of Alameda, state of California.

It is further ordered that a copy of this order be served upon the attorneys for the defendant within five days hereof.